No. M–74. STEVENSON-BEY v. LUNGREN, ATTORNEY GENERAL OF CALIFORNIA, ET AL. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. 96–1126. IOLAB CORP. v. HUNTER. Sup. Ct. Mo. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 96–8408. IN RE FARMER. Petition for writ of habeas corpus denied.

No. 96–8352. IN RE KIRBY. Petition for writ of mandamus denied.

No. 96–1291. OUBRE v. ENTERGY OPERATIONS, INC. C. A. 5th Cir. Certiorari granted limited to Question 3 presented by the petition.

No. 96–989. CASTILLO v. UNITED STATES;
No. 96–1028. WHITECLIFF v. UNITED STATES;
No. 96–7227. BRANCH ET AL. v. UNITED STATES; and
No. 96–7265. FATTA v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 91 F. 3d 699.

No. 96–1107. COMMISSIONER OF INTERNAL REVENUE v. TEXACO INC. ET AL. C. A. 5th Cir. Certiorari denied.

No. 96–1114. WOOTTON, TRUSTEE v. LEMONS. C. A. 5th Cir. Certiorari denied.

No. 96–1128. ALLIANCE AGAINST IFQS ET AL. v. SECRETARY OF COMMERCE ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–1152. SHELTON ET AL. v. BARNES, RECEIVER FOR AMERICAN CAPITAL INVESTMENTS, INC., ET AL. C. A. 9th Cir. Certiorari denied.